

# SEALED

**Office of the United States Attorney**
**District of Nevada**
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada State Bar Number 13644
   ALLISON REESE
3  Nevada State Bar Number 13977
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
   FAX: (702) 388-5087
6  allison.reese@usdoj.gov

7  *Attorneys for the Plaintiff*

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
FEB - 4 2020
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
| Plaintiff, | **CRIMINAL INDICTMENT** |
| v. | Case No. 2:20-cr-18 |
| RENATO CONSUEGRA-CLEMENTE, Aka "Tito," and | **VIOLATIONS:** |
| FRANCISCO JAIVER MARES Aka "Pancho,", | 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) — Conspiracy to Distribute a Controlled Substance (Methamphetamine) |
| Defendants. | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) — Distribution of a Controlled Substance With Intent to Distribute (Methamphetamine) |
| | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) — Distribution of a Controlled Substance With Intent to Distribute (Methamphetamine) |
| | 18 U.S.C. § 2 – Aiding and Abetting |

///

///

///

///

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
(Conspiracy to Distribute a Controlled Substance—Methamphetamine)

Beginning at a date unknown and continuing up to and including October 30, 2019, in the State and Federal District of Nevada,

**RENATO CONSUEGRA-CLEMENTE, Aka "Tito," and
FRANCISCO JAIVER MARES, Aka "Pancho,"**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to commit an offense against the United States, to wit: to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(viii).

## COUNT TWO
(Distribution of a Controlled Substance–Methamphetamine)

On or about October 23, 2019, in the State and Federal District of Nevada,

**RENATO CONSUEGRA-CLEMENTE, Aka "Tito," and
FRANCISCO JAIVER MARES, Aka "Pancho,"**

defendants herein, aiding and abetting one another, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii) and Title 18, United States Code, Section 2.

///

///

///

## COUNT THREE
(Distribution of a Controlled Substance–Methamphetamine)

On or about October 29, 2019, in the State and Federal District of Nevada,

**RENATO CONSUEGRA-CLEMENTE, Aka "Tito," and
FRANCISCO JAIVER MARES, Aka "Pancho,"**

defendants herein, aiding and abetting one another, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

DATED: this 4th day of February, 2020.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

ALLISON REESE
Assistant United States Attorney