Case 2:20-cr-00018-JCM-EJY Document 7 Filed 02/04/20 Page 1 of 1

```
                        FILED          RECEIVED
                        ENTERED        SERVED ON
                                   COUNSEL/PARTIES OF RECORD

                              FEB - 4 2020

                           CLERK US DISTRICT COURT
                             DISTRICT OF NEVADA
                    BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE **April 17, 2019** TERM. 19-01 | MINUTES OF COURT: <br> DATE: February 4, 2020 @ 11:55 a.m. – 11:59 a.m. |
|---|---|

PRESENT:   The Honorable   Cam Ferenbach  , U.S. Magistrate Judge.

DEPUTY CLERK:   Jerry Ries             REPORTER:   Bonnie Terry

UNITED STATES ATTORNEY:   Allison Reese     COURTROOM:   3D

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| 2:20-cr-018 | 2 SEALED DEFENDANTS | 2 WARRANTS |
| 2:18-cr-95 APG NJK SECOND SUPERSEDING | EVER ANTONIO ALVARADO CORONADO <br> Aka: Ernie | LOCAL FEDERAL CUSTODY |
| 2:20-cr-019 <br> 2:20-mj-16 BNW | BARRY ALLEN GABELMAN | LOCAL FEDERAL CUSTODY |
| 2:20-cr-020 <br> 2:20-mj-20 BNW | ANTHONY ALAN PHARES | SUMMONS |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:18-cr-95; 2:20-cr-019 and 2:20-cr-20** will be held on **Tuesday, February 11, 2020 @ 2:30 p.m.** before **MAGISTRATE JUDGE DANIEL J. ALBREGTS in Courtroom 3A**.

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk
United States District Court

/S/ Jerry Ries

Deputy Clerk