AO 442 (Rev. 01/09) Arrest Warrant

11078256

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED / ENTERED ___ RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

FEB 20 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| United States of America | ) |
| v. | ) |
| | ) Case No. 2:20-cr-18 |
| FRANCISCO JAIVER MARES | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FRANCISCO JAIVER MARES ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) ~ Conspiracy to Distribute a Controlled Substance (Methamphetamine)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) ~ Distribution of a Controlled Substance With Intent to Distribute (Methamphetamine)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) ~ Distribution of a Controlled Substance With Intent to Distribute (Methamphetamine)
18 U.S.C. § 2 – Aiding and Abetting

Date: 02/04/20 Las Vegas, NV

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

### Return

This warrant was received on *(date)* 2/4/2020 , and the person was arrested on *(date)* 2/19/2020
at *(city and state)* LAS VEGAS, NV .

Date: 2/19/2020

*Arresting officer's signature*

For DEA

*Printed name and title*