# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENATO CONSUEGRA-CLEMENTE, and FRANCISCO JAIVER MARES,<br><br>Defendants. | Case No. 2:20-cr-00018-JCM-EJY<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 25th day of February, 2020.

_____
HON. ELAYNA J. YOUCHAH
United States Magistrate Judge

2