CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number: 14853
ALLISON REESE
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER MARES<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:20-CR-00018-JCM-EJY-2<br><br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Angela Loveless</u>, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 3rd day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By   /S/                              .
ALLISON REESE
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. FRANCISCO JAVIER MARES                    Docket No: 2:20-CR-00018-JCM-EJY-2

Petition for Action on Conditions of Pretrial Release

COMES NOW ANGELA LOVELESS, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Francisco Javier Mares. The defendant initially appeared on February 19, 2020, before U.S. Magistrate Judge Brenda Weksler and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall abide by all conditions of release of any current term of parole, probation, or supervised release.
3. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to State of Nevada unless pre-approved by Pretrial Services.
4. The defendant shall maintain current residence at: 4514 East New York Avenue in Las Vegas, Nevada 89104 and may not move prior to obtaining permission from the Court, Pretrial Services, or the supervising officer.
5. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
6. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
7. Any firearms and/or dangerous weapons shall be removed from the defendant's possession within 24 hours of release from custody and the defendant shall provide written proof of such to Pretrial Services or the supervising officer.
8. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes Marijuana and/or any item containing THC.
9. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On July 10, 2021, the defendant was arrested by Las Vegas Metropolitan Police and charged with Domestic Battery.

**PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this 3rd day of August, 2021. |
|---|---|
| Considered and ordered August 4, 2021 and ordered filed and made a part of the records in the above case. | |
| | Respectfully Submitted, |
| *signature* | *signature* |
| Honorable James C. Mahan | Angela Loveless |
| U.S. District Judge | U.S. Pretrial Service Officer |
| | Place: Las Vegas, Nevada |