**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorney for Defendant
Francisco Mares

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO MARES,<br><br>Defendant, | Case No: 2:20-cr-00018-JCM-EJY-2<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant FRANCISCO MARES, by and through his counsel, ADAM L. GILL, ESQ. and the United States of America, by its counsel, ALLISON REESE, ESQ., Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for September 8, 2021 at 10:30 a.m. be continued to at least 30 days.

This stipulation is entered for the following reasons:

1. Counsel needs more time to prepare sentencing mitigation materials.

2. Mr. Gill has spoken with Mr. Mares and he agrees with this continuance.

3. Mr. Gill has spoken to Ms. Reese and Ms. Reese has indicated that she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact

served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on September 8, 2021.

DATED this 18th day of August, 2021.

*/s/ Adam L. Gill*
Adam L. Gill, Esq.
Counsel for Defendant
Francisco Mares

*/s/ Allison Reese*
Allison Reese, Esq.
Attorney for the United States
Assistant United States Attorney

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant
Francisco Mares

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO MARES<br><br>    Defendant. | Case No: 2:20-cr-00018-JCM-EJY-2<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel needs more time to prepare sentencing mitigation materials.

2. Mr. Gill has spoken with Mr. Mares and he agrees with this continuance.

3. Mr. Gill has spoken to Ms. Reese and Ms. Reese has indicated that she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on September 8, 2021.

## **ORDER**

1  
2  IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for September 8,
3  2021, at the hour of 10:30 a.m., be vacated and continued to _____, at the hour
4  of _____.
5      Dated this _____ day of _____, 2021.
6  
7  
                                    UNITED STATES DISTRICT JUDGE
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

AISEN, GILL, &  
ASSOCIATES, LLP