**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorney for Defendant
Francisco Mares

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO MARES,<br><br>Defendant, | Case No: 2:20-cr-00018-JCM-EJY-2<br><br>**STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant FRANCISCO MARES, by and through his counsel, ADAM L. GILL, ESQ. and the United States of America, by its counsel, ALLISON REESE, ESQ., Assistant U.S. Attorney, that the Revocation of Pretrial Release Hearing in the above-captioned matter currently set for October 27, 2021 at 11:00 a.m. be continued to at least 90 days.

This stipulation is entered for the following reasons:

1. Counsel needs additional time to prepare sentencing mitigation materials.

2. Mr. Gill has spoken with Mr. Mares and he agrees with this continuance.

3. Mr. Gill has spoken to Ms. Reese and Ms. Reese has indicated that she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact

served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with the hearing on October 27, 2021.

DATED this 7th day of October, 2021.

/s/ Adam L. Gill
Adam L. Gill, Esq.
Counsel for Defendant
Francisco Mares

/s/ Allison Reese
Allison Reese, Esq.
Attorney for the United States
Assistant United States Attorney

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant
Francisco Mares

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO MARES<br><br>    Defendant. | Case No: 2:20-cr-00018-JCM-EJY-2<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel needs more time to prepare sentencing mitigation materials.

2. Mr. Gill has spoken with Mr. Mares and he agrees with this continuance.

3. Mr. Gill has spoken to Ms. Reese and Ms. Reese has indicated that she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with the hearing on October 27, 2021.

**ORDER**

IT IS HEREBY ORDERED, that the Revocation of Pretrial Release hearing, currently scheduled for October 27, 2021, at the hour of 11:00 a.m., be vacated and continued to January 26, 2022, at the hour of 10:00 A.M.

Dated October 12, 2021.

_____
UNITED STATES DISTRICT JUDGE