**Exhibit A**
**Sentencing Mitigation Film Link & Password**

https://vimeo.com/668815798
PW: AisenGillMares2022