**Exhibit B**

**Character Letter from Jill Tucker**

9



June 1, 2021

To Whom It May Concern:

Francisco Mares has been employed by A Track-out Solution since August of 2017. For about 3 years he was a full-time employee. Once his scope of work slowed down, last year, he took other full-time jobs but has remained with us in a part time capacity. Cisco has always been and continues to be an excellent employee. He comes early, stays late, picks up extra shifts and goes above and beyond his job duties to help any way he can. He is a valued member of our team, and we would very much like him to remain with us in that capacity. I would be happy to answer any additional questions you may have regarding Cisco's employment with A Track-out Solution.

Sincerely,

Jill Tucker

Owner

WBENC Certified

ph. 702-419-7708
fx. 702-982-8413