**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorney for Defendant
Francisco Mares

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  2:20-cr-00018-JCM-EJY-2 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE** |
| FRANCISCO MARES, | |
| Defendant, | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant FRANCISCO MARES, by and through his counsel, ADAM L. GILL, ESQ. and the United States of America, by its counsel, ALLISON REESE, ESQ., Assistant U.S. Attorney, that the Revocation of Pretrial Release in the above-captioned matter currently set for January 26, 2022 at 10:30 a.m. be continued to February 2, 2022.

This stipulation is entered for the following reasons:

1.  Counsel needs additional time to prepare sentencing mitigation materials.

2.  Mr. Gill has spoken with Mr. Mares and he agrees with this continuance.

3.  Mr. Gill has spoken to Ms. Reese and Ms. Reese has indicated she agrees to the continuance.

4.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.  In addition, the continuance sought is not for delay and the ends of justice are in fact

AISEN, GILL, &
ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101

served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on January 26, 2022.

DATED this 25th day of January, 2022.

_/s/ Adam L. Gill_
Adam L. Gill, Esq.
Counsel for Defendant
Francisco Mares

_/s/ Allison Reese_
Allison Reese, Esq.
Attorney for the United States
Assistant United States Attorney

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant
Francisco Mares

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  2:20-cr-00018-JCM-EJY-2 |
| Plaintiff, | |
| vs. | **ORDER** |
| FRANCISCO MARES | |
| Defendant. | |

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel needs additional time to prepare sentencing mitigation materials.

2. Mr. Gill has spoken with Mr. Mares and he agrees with this continuance.

3. Mr. Gill has spoken to Ms. Reese and Ms. Reese has indicated she agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on January 26, 2022.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **<u>ORDER</u>**

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for January 26, 2022, at the hour of 10:00 a.m., be vacated and continued to **February 2, 2022,** at the hour of **10:30 a.m.**

Dated January 26, 2022.

_____

UNITED STATES DISTRICT JUDGE

AISEN, GILL, &
ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101