CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANCISCO MARES,<br><br>　　　　　Defendant. | Case No: 2:20-cr-00018-JCM-EJY-2<br><br>**STIPULATION TO CONTINUE SENTENCING AND REVOCATION OF PRETRIAL RELEASE**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, Adam L. Gill, Esq., counsel for Defendant Francisco Mares, that the Sentencing and Revocation of Pretrial Release hearings currently set for February 2, 2022, at 10:30 a.m., be continued for forty-five (45) days or a date convenient for the Court.

This stipulation is entered for the following reasons:

1. Counsel for the government needs additional time to review the sentencing materials submitted by the Defendant and to investigate the claims made therein.

2. The Defendant is not in custody and agrees to this continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing and pretrial revocation on February 2, 2022.

DATED this 31st day of January, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/  Allison Reese*

ALLISON REESE
Assistant United States Attorney


*/s/ Adam L. Gill*

Adam L. Gill, Esq.
Counsel for Defendant
Francisco Mares

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>FRANCISCO MARES,<br><br>     Defendant. | Case No:  2:20-cr-00018-JCM-EJY-2<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel for the government needs additional time to review the sentencing materials submitted by the Defendant and to investigate the claims made therein.

2. The Defendant is not in custody and agrees to this continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing and pretrial revocation on February 2, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS HEREBY ORDERED, that the Sentencing and Revocation of Pretrial Release hearings, currently scheduled for February 2, 2022, at 10:30 a.m., be vacated and continued to **March 23, 2022**, at the hour of **10:30 a.m**.

Dated February 1, 2022.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE