UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>    v.<br><br>Francisco Jaiver Mares<br><br>    Defendant. | Case No.: 2:20-cr-00018-JCM-EJY-2<br><br>**Minute Order Re:**<br>**In-Person Hearing** |

IT IS HEREBY ORDERED that an in person Hearing re Revocation of Supervised Release and Sentencing will be conducted in Courtroom 6A of the Lloyd D. George Courthouse at 10:00 AM on March 23, 2022.

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus. For example:

- Face coverings must be properly worn during court proceedings (including in-person hearings, all phases of jury trials, and grand jury proceedings), unless the presiding judge in the proceeding orders otherwise.

**If you do not feel well, contact the Courtroom Deputy immediately to reschedule this hearing or make arrangements to attend it remotely. DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection. Refer to Temporary General Order 2020-02, , and Temporary General Order 2022-02 for additional courthouse-access policies and procedures.**

Dated: March 14, 2022

_____
U.S. District Judge