ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
AISEN, GILL, & ASSOCIATES
723 South Third Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

FRANCISCO MARES,

               Defendant,

Case No: 2:20-CR-0018-JCM-EJY

## NOTICE OF APPEAL

## NOTICE OF APPEAL

       NOTICE is given that Francisco Mares defendant herein, appeals from any adverse rulings and determinations in this matter to the United States Court of Appeals for the Ninth Circuit from the judgment and conviction issued on March 29, 2022 (ECF No. 79).

       DATED this 12th day of April, 2022.

                      */s/ Adam L. Gill*_____
                      Adam L. Gill, Esq.
                      Nevada Bar Number 11575
                      723 South 3rd Street
                      Las Vegas, Nevada 89101
                      (702) 750-1590

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Aisen, Gill & Associates , and that on the 12th day of April 2022, I served a copy of the foregoing: **DEFENDANT'S NOTICE OF APPEAL** via the CM/ECF system upon all registered parties.

By: */s/ Jasmine Torres*

An employee working for Aisen, Gill & Associates