FILED

APR 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-10090 |
| Plaintiff-Appellee, | D.C. No. 2:20-cr-00018-JCM-EJY-2<br>District of Nevada,<br>Las Vegas |
| v. | |
| FRANCISCO JAIVER MARES, AKA Pancho, | ORDER |
| Defendant-Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion of appellant's appointed counsel, Adam L. Gill, Esq., to withdraw as counsel of record and to appoint new counsel (Docket Entry No. 2) is granted. Counsel will be appointed by separate order.

The Clerk will electronically serve this order on the appointing authority for the District of Nevada, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at [counselappointments@ca9.uscourts.gov](counselappointments@ca9.uscourts.gov) within 14 days of locating counsel.

Appellant must designate the reporter's transcript by May 16, 2022. The transcript is due June 15, 2022. The opening brief and excerpts of record are due

July 25, 2022; the answering brief is due August 24, 2022; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk will serve this order on former counsel and appellant individually: 2038 Palm Street, Unit 58, Las Vegas, NV 89104.