UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00018-JCM-EJY |
| Plaintiff-Appellee, | USCA Case No. 22-10090 |
| v. | |
| FRANCISCO JAVIER MARES, | **ORDER APPOINTING COUNSEL** |
| Defendant-Appellant. | |

Pursuant to the Order filed April 18, 2022 by the Ninth Circuit Court of Appeals directing the appointment of counsel for Appellant, IT IS HEREBY ORDERED THAT **Nicole Gabrielle Saperstein, Esq.** is appointed to represent FRANCISCO JAVIER MARES for his appeal. Contact information for Ms. Saperstein appears below:

> The Law Office of Nicole G. Saperstein
> 375 Harbour Cove Dr. #103
> Sparks, NV 89434
> (775) 247-0930
> sapersteinn@gmail.com

Former counsel, Adam Leigh Gill, is directed to forward the case file to Ms. Saperstein forthwith. The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED April 22, 2022.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE