UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number: 2:20-cr-00018-JCM-EJY

Court of Appeals Case Number: 22-10090

Case Caption: USA v. Consuergra-Clemente, et al

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 2/19/20 | 21 | Initial Appearance | Liberty ICRD | No |
| 6/2/21 | 40 | Plea Hearing | Samantha McNett | No |
| 8/18/21 | 50 | Pretrial Violation Hearing | Does not say on docket | No |
| 3/23/22 | 77 | Sentencing | Samantha McNett | No |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: 4/26/22

Signature

Nicole G. Soperstein
Print Name

Francisco Mares
Appellant/Appellee