|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 24 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Appellee,<br><br>  v.<br><br>FRANCISCO JAIVER MARES, AKA Pancho,<br><br>  Defendant-Appellant. | No.   22-10090<br><br>D.C. No. 2:20-cr-00018-JCM-EJY-2<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 21) of appellant's appointed counsel, Nicole G. Saperstein, Esq., to withdraw as counsel of record and to appoint new counsel, is granted.

The Clerk will electronically serve this order on the appointing authority for the District of Nevada, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at [counselappointments@ca9.uscourts.gov](mailto:counselappointments@ca9.uscourts.gov) within 14 days of locating counsel.

The opening brief and excerpts of record are due January 11, 2023; the answering brief is due February 10, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk will serve this order on former counsel and appellant individually: Reg. No. 56166-048, FCI Englewood, Federal Correctional Institution, 9595 West Quincy Ave., Littleton, CO 80123.