UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Appellee,<br><br>　　v.<br><br>FRANCISCO JAIVER MARES,<br>AKA Pancho,<br><br>　　　　　Defendant-Appellant. | Case No. 2:20-cr-00018-JCM-EJY<br><br>USCA Case No. 22-10090<br><br>**ORDER APPOINTING COUNSEL** |

　　　Pursuant to the Order filed October 24, 2022 by the Ninth Circuit Court of Appeals directing the appointment of counsel for Appellant, IT IS HEREBY ORDERED THAT JAMIE J. RESCH is appointed to represent FRANCISCO JAIVER MARES for his appeal. Contact information for Mr. Resch appears below:

　　　Jamie J. Resch
　　　Resch Law, PLLC
　　　2620 Regatta Drive, Suite 102
　　　Las Vegas, NV 89128
　　　702-483-7360
　　　jresch@convictionsolutions.com

　　　Former counsel, Nicole Saperstein, is directed to forward the case file to Mr. Resch forthwith. The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

　　　DATED October 27, 2022.
　　　*Nunc Pro Tunc:* October 24, 2022

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE
