| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 10 2023<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

FRANCISCO JAIVER MARES, AKA Pancho,

    Defendant-Appellant.

No. 22-10090

D.C. No. 2:20-cr-00018-JCM-EJY-2
District of Nevada,
Las Vegas

ORDER

Appellant's response to the court's April 20, 2023, order (Docket Entry No. 37) is treated as a motion for voluntary dismissal of this appeal and is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

Counsel's motion to withdraw (Docket Entry No. 32) is denied as moot.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA129