JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd S., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Jim.Fang@usdoj.gov
*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER MARES,<br><br>            Defendant. | Case No.: 2:20-cr-00018-JCM-EJY<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Jim W. Fang, Assistant United States Attorney, has been assigned as counsel in the above captioned case.

DATED this 22nd day of April 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Jim W. Fang*
JIM W. FANG
Assistant United States Attorney