RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Francisco Jaiver Mares

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00018-JCM-EJY-2 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| FRANCISCO JAIVER MARES, | |
| Defendant. | |

    Pursuant to the Court's General Order 2023-09, Assistant Federal Public Defender, Madeline S. Lal, will represent the above-captioned Defendant for the limited purpose of his request for retroactive application of U.S.S.G. Amendment 821, pursuant to 18 U.S.C. § 3582(c)(2).

    Counsel's address is as follows:

        Federal Public Defender
        411 E. Bonneville Ave., Suite 250
        Las Vegas, Nevada 89101

    DATED May 2, 2024.

RENE L. VALLADARES
Federal Public Defender

By: /s/ *Madeline S. Lal*
MADELINE S. LAL
Assistant Federal Public Defender
Attorney for Francisco Jaiver Mares