RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Francisco Javier Mares

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-018-JCM-EJY-2 |
| Plaintiff, | **Joint Stipulation Regarding a Reduction in Sentence** |
| v. | |
| Francisco Javier Mares, | |
| Defendant. | |

In compliance with Second Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Francisco Javier Mares, file this Joint Stipulation.

The parties state as follows:

1. Undersigned counsel and government counsel have determined that Mr. Mares qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2. Defense counsel has spoken to the defendant. The defendant consents to the proposed sentencing reduction detailed below. The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3. On March 23, 2022, this Court sentenced Mr. Mares to 96 months' incarceration. ECF No. 79. Mr. Mares was in CHC I with a total offense level of 31, which yielded a sentencing guideline range of 108–135 months. Under the amended Guidelines, the parties have determined that Mr. Mares is in CHC I with a total offense level of 29 which yields a guideline range of 87–108 months.

4. Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Mares' sentence be amended to 87 months.

DATED this 2nd day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Madeline S. Lal*<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>    v.<br><br>Francisco Javier Mares,<br><br>      Defendant. | Case No. 2:20-cr-018-JCM-EJY-2<br><br>**ORDER** |

    The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

    IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted.  Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

    DATED May 3, 2024.

                                                                         _____
                                                                          UNITED STATES DISTRICT JUDGE