| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:20CR00018 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Renato Consuegra-Clemente<br>Southern District of Texas | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | James C. Mahan | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/11/2024 — TO 1/10/2029 |

**OFFENSE**
Conspiracy to Distribute a Controlled Substance- Methamphetamine, Distribution of a Controlled Substance- Methamphetamine; and Aiding and Abetting.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervision and deportation.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____     _____
Date                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Texas

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____     _____
Effective Date               United States District Judge

1